IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,          )
                                   )        4:12-cr-00123-JAJ-CFB
            Plaintiff,             )
                                   )
    vs.                            )
                                   )
HUASCAR MONTOYA GALVEZ,            )
                                   )
            Defendant.             )

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (PLEA AGREEMENT)

The United States of America and the defendant, having

both filed a written consent to conduct of the plea proceedings by

a magistrate judge, appeared before me pursuant to Fed. R. Crim.

P. 11 and LCrR 11. The defendant entered a plea of guilty to Count

1 of the Superseding Indictment charging him with conspiracy to

distribute 500 grams or more of a mixture or substance containing

methamphetamine and 50 grams or more of actual methamphetamine, in

violation of 21 U.S.C §§ 846 and 841(b)(1)(A). After advising and

questioning the defendant under oath concerning each of the subjects

addressed in Rule 11(b)(1), I determined that the guilty plea was in

its entirety voluntarily, knowingly and intelligently made and did

not result from force, threats, or promises (other than promises in

the plea agreement). I further determined that there is a factual

basis for the guilty plea on each of the essential elements of the

offense in question. A plea agreement was disclosed at the plea

proceeding and defendant stated he understood its terms and agreed to be bound by them. To the extent the plea agreement is of the type specified in Rule 11(c)(1)(A) or (C) defendant was advised the district judge to whom the case is assigned may accept the plea agreement, reject it, or defer a decision whether to accept or reject it until the judge has reviewed the presentence report as provided by Rule 11(c)(3)(A). To the extent the plea agreement is of the type specified in Rule 11(c)(1)(B) defendant was advised by the Court that defendant has no right to withdraw the plea if the Court does not follow a recommendation or request in question.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. A presentence report has been ordered and sentencing proceedings scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

3|20|13
_____
DATE

### NOTICE

Failure by a party to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(B). The Report and Recommendation was served this date by delivery of a copy thereof to counsel for the government and defendant in open court.